# MAXIM MAXIMOV, LLP

### ATTORNEYS AT LAW

1701 AVENUE P
BROOKLYN • NEW YORK • 11229

EMAIL: M@MAXIMOVLAW.COM
TELEPHONE: (718) 395-3459
FACSIMILE: (718) 408-9570

July 15, 2014

**VIA ECF**
Honorable Magistrate Judge Joan M. Azrack
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **RE:**   **Index No. 1:13-cv-07340-KAM-JMA**
               **Hoffstatter v. Valentine & Kebartas, Inc.**

Dear Honorable Magistrate Judge Azrack:

I represent the plaintiff in the above referenced matter and am informing the Court that the case has just settled.

Therefore, the plaintiff requests that the Court provide that the parties may seek to reopen the matter for forty-five days instead of thirty so that the plaintiff can be assured that the funds clear my escrow account.

In light of the settlement, the parties respectfully request the cancellation of the telephone conference scheduled for August 5, 2014.

Thank you for Your Honor's time and attention to this matter.

Very truly yours,

/s/ Maxim Maximov

Maxim Maximov, Esq.