UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

ARI HOFFSTATTER on behalf of himself and
all other similarly situated consumers

                              Plaintiff,

      -against-

VALENTINE & KEBARTAS, INC.

                           Defendant.

**Index# 1:13-cv-07340-KAM-JMA**

**STIPULATION OF
DISMISSAL**

    **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the

attorneys for the parties to the above-entitled action, that whereas no party hereto is an infant,

incompetent person for whom a committee has been appointed or conservatee, and or person not a

party has an interest in the subject matter of the action, the above-entitled action be, and the same

hereby is discontinued with prejudice as to defendant without costs to either party as against the

other.  This stipulation may be filed without further notice with the Clerk of the Court.

Dated: Brooklyn, New York
       September 28, 2014

_____
Maxim Maximov, Esq.
Maxim Maximov, LLP
Attorney for the Plaintiff
1701 Avenue P
Brooklyn, New York 11229
Office: (718) 395-3459
Facsimile: (718) 408-9570
E-mail: m@maximovlaw.com

Dated: New York, New York
       September 28, 2014

_____
Matthew Tracy, Esq.
Winget, Spadafora & Schwartzberg, LLP
Attorney for the Defendant
45 Broadway, 19th Floor
New York, New York 10006
Office: (212) 221-6900
Fax: (212) 221-6989
E-mail: tracy.m@wssllp.com